# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160207(53)

ALLEN PARK RETIREES ASSOCIATION,
INC., and JANICE K. PILLAR, Personal
Representative of the ESTATE OF RUSSELL
PILLAR, on behalf of herself and all others
similarly situated,
        Plaintiffs-Appellees,

v

CITY OF ALLEN PARK,
        Defendant-Appellant,
and

JOYCE A. PARKER,
        Defendant-Appellee.
_____/

SC: 160207
COA: 341567
Wayne CC: 14-003826-CZ

      On order of the Chief Justice, the motion to substitute Janice K. Pillar, Personal Representative of the Estate of Russell Pillar, as a plaintiff-appellee in place of Russell Pillar is GRANTED.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2020



Clerk